# Court of Appeals
# of the State of Georgia

ATLANTA, __September 12, 2019__

*The Court of Appeals hereby passes the following order:*

**A20A0132.  BOBBY RAY DYER v. THE STATE.**

Bobby Ray Dyer filed a petition for expungement of his arrest record and motion to proceed in forma pauperis, which the trial court denied on June 14, 2019. Dyer filed this direct appeal on July 25, 2019.  We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after the entry of the trial court's order.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Dyer's notice of appeal, filed 41 days after entry of the order he wishes to appeal, was untimely.  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,__09/12/2019_____*
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*